No. 4230

**Second Circuit**

(Second Division)

———

**BLOUNT v. WOODWARD ET AL.**

———

(December 9, 1931.   Opinion and Decree.)

———

Harry V. Booth, of Shreveport, attorney for plaintiff, appellee.

Lyons & Prentiss, of Shreveport, attorneys for defendants, appellants.

TALIAFERRO, J.   This suit is on open account for professional services against defendants for $179 with interest from judicial demand.   Defendants filed no answer, nor did they make any appearance in the lower court, save to take suspensive appeal and file bond.   They have not appeared in this court, nor have they filed brief.   The appeal was evidently taken for delay, and is abandoned.

For these reasons, the judgment appealed from is affirmed.